(103 So. 183)

No. 24917.

**EAGLE TRADING CO., Inc., v. ABBOTT AUTOMOBILE CO., Limited, et al.**

(Oct. 14, 1921. On the Merits Feb. 2, 1925.)

Appeal from Civil District Court, Parish of Orleans; Porter Parker, Judge.

Hubert M. Ansley, of New Orleans, for appellant.

Milling, Godchaux, Saal & Milling, and Trymine & Ramos, all of New Orleans, for appellees.

THOMPSON, J. This case presents the same issue as that involved in case No. 24916, Eagle Trading Co., Inc., v. Delta Motors Co., 103 So. 182,[1] this day decided. For the reasons assigned in that case, the judgment herein appealed from is affirmed.

ROGERS, J., takes no part.

─────────────────
[1] Ante, p. 832.